UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14038-CIV-MARRA/MAYNARD

HELEN PICKLES f/k/a HELEN WOERPEL,
on behalf of herself and all others similarly situated,

Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT,
LLC, a Washington limited liability company,

Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (DE 13). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The case is dismissed with prejudice.

2) The Court retains jurisdiction over the settlement for a period of three months from the date of the filing of the Joint Stipulation.

3) The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of June, 2020.

KENNETH A. MARRA
United States District Judge